## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Hoger A. Dizayee,<br>7233 Bladen Place<br>Gainesville, VA 20155<br><br>v.<br><br>Michael Chertoff,<br>Secretary, U.S. Department of Homeland<br>Security, in his official capacity,<br>U.S. Department of Homeland Security,<br>Washington, D.C. 20528,<br>  and<br>Emilio Gonzalez,<br>Director, U.S. Citizenship and Immigration<br>Services, in his official capacity,<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20529,<br>  and<br>Robert S. Mueller, III<br>Director, Federal Bureau of Investigation, in<br>his official capacity,<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20535,<br>  and<br>Gerard Heinauer,<br>Director, Nebraska Service Center, U.S.<br>Citizenship and Immigration Services, U.S.<br>Department of Homeland Security, in his<br>official capacity,<br>P.O. Box 82521<br>Lincoln, NE 68501. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

**I.     Introduction**

    1.    This is a civil action brought to compel defendants and those acting under them to

adjudicate plaintiff's adjustment of status (I-485) application, filed pursuant to § 245 of the

Immigration and Nationality Act ("INA"), 8 U.S.C. § 1255. Plaintiff's I-485 application was

filed on March 25, 2003 and has remained pending since that date. Defendants have improperly and unreasonably delayed processing the application to plaintiff's detriment. Thus, plaintiff seeks to compel defendants to adjudicate his application for permanent residence, via writ of mandamus and the Administrative Procedure Act ("APA"). 28 U.S.C. § 1361; 5 U.S.C. §§ 551, 701 et seq.

## II.    Jurisdiction

2.     The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1361, writ of mandamus; 28 U.S.C. § 1651, All Writs Act; and 5 U.S.C. §§ 551, 701 et seq., APA, in combination with 28 U.S.C. § 1331, federal question jurisdiction.

3.     There are no administrative remedies available to plaintiff to redress the grievances described herein.

4.     This action challenges only the defendants' timeliness in adjudicating plaintiff's adjustment of status application, not the granting or denial of that application. Therefore, the jurisdictional limitations of 8 U.S.C. § 1252(a)(2)(B) do not apply. See Liu v. Novak, No. 07-263 (EGS), 2007 U.S. Dist. LEXIS 63683 (D.D.C. Aug. 30, 2007).

## III.    Venue

5.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e)(1) because defendants Chertoff, Gonzalez, and Mueller reside in the District of Columbia.

## IV.    Parties

6.    Plaintiff Hoger A. Dizayee is a native of Iraq, lawfully residing in the United States at 7233 Bladen Place, Gainesville, Virginia 20155.  Plaintiff is President of Sigma Builders, a construction company specializing in land development, residential planning, and custom homebuilding services.  On August 25, 1998, Immigration and Naturalization Service, now known as U.S. Citizenship and Immigrations Services ("CIS"), admitted plaintiff to the United States as an asylee.[1]  Pursuant to INA § 209(b), plaintiff filed an adjustment of status application (I-485) with the CIS Nebraska Service Center on March 25, 2003.  See INA § 209(b), 8 U.S.C. § 1159(b) (permitting asylees to apply for permanent residence one year after being granted asylum); see also 8 C.F.R. § 209.2(a)(1).  Plaintiff's application currently remains pending.

7.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security ("DHS"), and is sued only in his official capacity.  He is charged with the enforcement of the INA, and is authorized to delegate such powers and authority to subordinate DHS employees.  8 U.S.C. § 1103; 8 C.F.R. § 2.1.  He has the ultimate decisionmaking authority over plaintiff's application with CIS.  DHS headquarters are located in Washington, D.C.  20528.

---

[1] The Form I-94 (Arrival/Departure Record) plaintiff received on August 25, 1998 incorrectly identified him as a refugee, rather than as an asylee.  Plaintiff received a corrected I-94 on June 1, 2004 after surrendering his original I-94 at CIS's request.

8.    Defendant Emilio Gonzalez, sued only in his official capacity, is the Director of CIS, an agency within DHS and under the direct supervision of the Secretary of DHS. Gonzalez is charged with, among other tasks, implementing and enforcing the INA. As such, he has decisionmaking authority over plaintiff's application with CIS. CIS headquarters are located at 20 Massachusetts Avenue, N.W., Washington, D.C. 20529.

9.    Defendant Robert S. Mueller, III, sued only in his official capacity, is the Director of the Federal Bureau of Investigation ("FBI"), the law enforcement agency that assists CIS in conducting security clearances. Plaintiff's application with CIS cannot be adjudicated until the FBI has completed a background investigation of plaintiff, including a fingerprint and name check. See Press Release, CIS, Fact Sheet: Immigration Security Checks—How and Why the Process Works (Apr. 25, 2006), available at http://www.uscis.gov/files/pressrelease/security_checks_42506.pdf. FBI headquarters are located at the J. Edgar Hoover Building, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535.

10.    Defendant Gerard Heinauer, sued only in his official capacity, is the District Director of the CIS Nebraska Service Center. Plaintiff filed his application with the Nebraska Service Center and that office retains jurisdiction over his application. CIS, through the Nebraska Service Center, has a mandatory duty to act on applications for adjustment of status within a reasonable period of time. See 5 U.S.C. § 555(b). The Nebraska Service Center is located at P.O. Box 82521, Lincoln, NE 68501.

4

## V.    Statement of Facts

11.    Plaintiff was admitted to the United States on August 25, 1998 as an asylee.

12.    On March 24, 2003, plaintiff submitted an adjustment of status (I-485) application to the CIS Nebraska Service Center, seeking to become a permanent resident.  CIS acknowledged receipt of his application.  See Ex. 1.

13.    At the time plaintiff filed his application, he was lawfully present in the United States as an asylee.  Plaintiff was, and remains, fully eligible for adjustment of status to permanent resident under INA § 245, 8 U.S.C. § 1255.

14.    On May 21, 2004, CIS issued a Request for Evidence from plaintiff.  CIS requested (a) payment of the then $255.00 filing fee for asylum-based adjustment applicants; and (b) the original I-94 issued to plaintiff, which incorrectly indicated that he was admitted to the United States as a refugee instead of as an asylee.  See Ex. 2.

15.    Plaintiff complied with CIS's request and received a corrected I-94 from CIS on June 10, 2004.  See Ex. 3.

16.    On November 2, 2004, CIS informed plaintiff that his application had been transferred to the CIS Washington District Office for processing.  See Ex. 4.

17.    On February 22, 2005, plaintiff met with Officer Setzer at the CIS Washington District Office and requested a decision on his adjustment of status application.  Officer Setzer was unable to locate plaintiff's application in the Washington District Office.  She

advised plaintiff to fill out an Inquiry Form and to contact the Customer Service Center. See Exs. 5 and 7.

18.     On March 9, 2005, plaintiff contacted the Customer Service Center, as instructed, to locate his file. The CIS officer advised plaintiff to fax a letter to the Nebraska Service Center regarding the status and location of his application. See Ex. 5.

19.     On March 11, 2005, plaintiff faxed a letter to Gregory Christian, Deputy Director of the Nebraska Service Center, regarding the status and location of his application. See Ex. 5.

20.     Donald Neufeld of CIS acknowledged receipt of plaintiff's facsimile and informed him that his case was transferred to the Washington District Office on November 4, 2004. See Ex. 6.

21.     On November 22, 2005 and September 26, 2006, plaintiff scheduled appointments with CIS. He returned to the CIS Washington District Office on both dates and requested a decision on his adjustment of status application. See Exs. 8 and 9. CIS did not make a decision, nor did they provide him with a specific reason for the delay in adjudicating his application.

22.     On October 20, 2006, plaintiff, through counsel, submitted a written inquiry to the Washington District Office about the status of plaintiff's application. See Ex. 10.

23.     CIS did not respond to plaintiff's October 20, 2006 letter.

24.      On February 1, 2007, CIS notified plaintiff that his fingerprint card on file with CIS had expired and he was required to complete a new fingerprint card at the CIS Application Support Center in Alexandria, Virginia. See Ex. 11. Plaintiff attended his scheduled appointment on February 15, 2007 at 12:00 p.m. and completed a new fingerprint card.

25.      On February 12, 2007, CIS notified plaintiff that his application had been transferred back to the Nebraska Service Center and was pending there. See Ex. 12.

26.      On July 16, 2007, plaintiff, through counsel, sent correspondence to the CIS Nebraska Service Center seeking confirmation that plaintiff's application would be processed according to the original filing date of March 25, 2003, not February 12, 2007. See Ex. 13.

27.      CIS did not respond to plaintiff's July 16, 2007 letter.

28.      On October 17, 2007, plaintiff, through counsel, contacted CIS via telephone and requested information regarding the status of his application. The CIS representative did not provide any information regarding the status of plaintiff's application.

29.      In addition to the specific instances listed supra, approximately once every three to four months since plaintiff filed his application, plaintiff or his counsel have contacted CIS via mail, telephone, facsimile, or email to inquire about the delay in adjudicating his application.

30.      There is no indication that defendants are, or were, actively processing plaintiff's application.

7

31.    It is the stated goal of Congress that, "the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application . . . ." 8 U.S.C. § 1571(b).

32.    CIS publishes on its website the processing time for each type of immigration application.  As of October 15, 2007, the processing time for I-485 applications at the Nebraska Service Center is given as approximately 11 months.  See CIS, Neb. Serv. Ctr. Processing Times, https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=NSC (posted Oct. 15, 2007); see also Ex. 14.

33.    As of November 12, 2007, plaintiff's application for adjustment of status has been pending without resolution for 1,694 days (4 years, 7 months, 19 days).  Therefore, plaintiff's application has been pending for approximately four years longer than stated congressional goals and three and one-half years longer than defendants' standard processing time.

34.    Due to delays in adjudication of plaintiff's residency application, plaintiff has been denied the benefits permanent residency confers, such as to live permanently in the United States; to be employed in the United States in any legal job of his qualification and choosing; to be protected by the laws of the United States; to vote in local and state elections where U.S. citizenship is not required; to travel easily internationally; to petition for relatives to immigrate to the United States; and to seek U.S. citizenship.

35.    The delay in adjudicating plaintiff's application has been detrimental to plaintiff's business in a variety of ways.  For example, plaintiff was unable to attend an important business meeting in 2005 because, without a green card, plaintiff could not obtain the requisite security badge at the U.S. Embassy in Baghdad.  Similarly, in August 2007,

plaintiff was unable to attend an important meeting at the Department of Defense because he could not obtain the requisite security badge. Further, plaintiff has been denied countless opportunities to expand his business because of the limitations on his ability to travel.

## VI.    Claims for Relief

### First Claim for Relief: Writ of Mandamus

36.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 35.

37.    Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory duty owed to plaintiff. 28 U.S.C. § 1361.

38.    Plaintiff is entitled to mandamus relief because (1) he has a clear right to have his application adjudicated in a reasonable period of time; (2) defendants have a clear, non-discretionary duty to act on his application; and (3) plaintiff lacks an adequate alternative remedy. See, e.g., In re Medicare Reimbursement Litig., 414 F.3d 7, 10 (D.C. Cir. 2005) (stating mandamus standard); see also, e.g., Singh v. Still, 470 F. Supp. 2d 1064, 1072 (N.D. Cal. 2007) (concluding that plaintiff was entitled to relief under mandamus and the APA for CIS's failure to adjudicate his adjustment of status application); Okunev v. Chertoff, No. C07-00417 (HRC), 2007 U.S. Dist. LEXIS 53161, at *5 (N.D. Cal. July 11, 2007) (holding that mandamus is an appropriate remedy when CIS fails to adjudicate an adjustment of status application); Haidari v. Frazier, No. 06-3215 (DWF/AJB), 2006 U.S. Dist. LEXIS 89177, at *15 (D. Minn. Dec. 8, 2006) (holding that mandamus is an appropriate remedy and granting the writ).

39.    Section 555(b) of the APA and section 209.2(f) of the Code of Federal Regulations impose on defendants a non-discretionary duty to adjudicate plaintiff's I-485 application within a reasonable time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it."); 8 C.F.R. § 209.2(f) ("The applicant shall be notified of the decision . . . .").

40.    Despite this duty, defendants have unreasonably delayed or withheld making a determination on plaintiff's I-485 application. Defendants' delay in adjudicating plaintiff's application for more than four years is unreasonable in light of stated congressional goals and CIS's published processing times for similar applications. See, e.g., Yong Tang v. Chertoff, 493 F. Supp. 2d 148, 157-58 (D. Mass. 2007) (finding a four-year delay unreasonable and collecting similar cases).

41.    This civil action is plaintiff's only means of having his application adjudicated; he lacks an adequate alternative remedy.

42.    Defendants' unreasonable delay and failure to perform the non-discretionary duty of adjudicating plaintiff's application have deprived plaintiff of the benefits of permanent residence and harmed his business.

43.    Defendants should be compelled to complete the processing of plaintiff's I-485 application, thereby performing the non-discretionary duty owed to plaintiff.

**Second Claim for Relief: Administrative Procedure Act**

44.     Plaintiff re-alleges and incorporates by reference paragraphs 1 through 43.

45.     As discussed supra, defendants have a non-discretionary duty under the APA to adjudicate plaintiff's adjustment of status application within a "reasonable time." 5 U.S.C. § 555(b).

46.     Defendants have failed to adjudicate plaintiff's adjustment of status application, filed more than four years ago, within a reasonable period of time.

47.     The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed . . . ." 5 U.S.C. § 706(1); see also Liu v. Novak, 2007 U.S. Dist. LEXIS 63683 (permitting judicial review under the APA of CIS's failure to adjudicate an adjustment of status application).

48.     To determine whether agency delay is unreasonable, the Court considers six factors:  (1) the "rule of reason"; (2) the speed at which Congress expects the agency to proceed; (3) whether the delay affects human health and welfare; (4) the effect of expediting agency action on activities with higher or competing priority; (5) the nature and extent of the interests prejudiced by the delay; and (6) action can be "unreasonably delayed" without finding impropriety on the part of the agency.  Telecomm. Research & Action Ctr. v. F.C.C., 750 F.2d 70, 80 (D.C. Cir. 1984) (citations omitted).

49.    The first and second factors weigh in plaintiff's favor.  Plaintiff's application has been pending for over four years, which exceeds the rule of reason and is contrary to stated congressional intent as well as CIS's published processing times.  See Liu v. Novak, 2007 U.S. Dist. LEXIS 63683, at *23-25 (D.D.C. Aug. 30, 2007).

50.    The third and fifth factors also weigh in plaintiff's favor.  The failure of defendants to process plaintiff's application affects his welfare and denies him access to the wide range of benefits permanent resident status confers.  See id. at *25.

51.    With regard to the fourth factor, there is no indication that expediting plaintiff's application would, in any way, affect activities with higher or competing priority.

52.    Thus, defendants have unreasonably delayed action on plaintiff's I-485 application.

53.    Defendants should be compelled to complete the processing of plaintiff's I-485 application, thereby performing the non-discretionary duty owed to plaintiff.

WHEREFORE, plaintiff prays that the Court:

54.     Compel defendants and those acting under them to perform the duties owed to plaintiff to adjudicate plaintiff's application for adjustment of status;

55.     Grant such other and further relief as this Court deems proper under the circumstances; and

56.     Grant attorney's fees and costs of court.

Respectfully submitted,

Lynda Zengerle, Esquire
D.C. Bar number: 163360
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-8170
lzengerle@steptoe.com

Dated: this _____ day of November, 2007

13

## LIST OF EXHIBITS

1.  Form I-797, Notice of Action for receipt of Form I-485, Application to Adjust to Permanent Resident Status filed by Hoger Dizayee, dated March 25, 2003

2.  Request for Evidence in connection with Form I-485, dated May 21, 2004

3.  Form I-94, Departure Record, issued June 10, 2004

4.  Form I-797, Notice of Action for transfer of Form I-485 from Nebraska Service Center to the Washington District Office in Fairfax, Virginia, dated November 2, 2004

5.  Correspondence sent to Nebraska Service Center on March 11, 2005

6.  Letter from CIS dated March 11, 2005

7.  CIS local office inquiry form dated February 22, 2005

8.  Infopass Appointment Notice confirming November 22, 2005 appointment to speak to an immigration officer

9.  Infopass Appointment Notice confirming September 26, 2006 appointment to speak to an immigration officer

10. Correspondence sent to U.S. Citizenship and Immigration Services on October 20, 2006

11. Form I-797, Notice of Action, scheduling Biometrics Appointment on February 15, 2007, dated February 1, 2007

12. Email from U.S. Citizenship and Immigration Services Case Status Notification System confirming transfer from the Washington District Office to the Nebraska Service Center, dated February 12, 2007

13. Correspondence sent to U.S. Citizenship and Immigration Services on July 16, 2007

14. Website printout of CIS's posted processing times for Form I-485

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-136-51051 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>March 24, 2003 | PRIORITY DATE | APPLICANT  A76 852 336<br>DIZAYEE, HOGER A. |
| NOTICE DATE<br>March 25, 2003 | PAGE<br>1 of 1 | |

| HOGER A. DIZAYEE<br>9573 NITTANY DRIVE APT 204<br>MANASSAS VA 20110 | Notice Type:  Receipt Notice<br><br>Amount received: $  50.00<br><br>Section: Other basis for adjustment |
|---|---|

The above application or petition has been received.  It usually takes 450 to 480 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone, and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



**PLAINTIFF'S EXHIBIT**

Form I-797C (Rev. 09/07/93) N



**U.S. Department of Homeland Security**
Citizenship and Immigration Services

*Nebraska Service Center*
*P.O. Box 82521*
*Lincoln, NE  68501-2521*

**May 21, 2004**
Refer To File No
LIN0313651051 A76852336

HOGER A DIZAYEE
12184 DRUM SALUTE PLACE
BRISTOW  VA  20136

05/24/2004    LIN-03-136-51051   LINPHS0

Dear Sir or Madam:

Case Type:    I-485
Beneficiary:    HOGER A DIZAYEE

## REQUEST FOR EVIDENCE

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE.  SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**

The documentation submitted is not sufficient to warrant favorable consideration of your petition/application.  The following information is also required:

Although your Form I-94 shows that you were admitted as a refugee under section 207 of the Act, your status is actually that of an asylee under section 208.  Therefore, your Application to Register Permanent Residence or Adjust Status, Form I-485, is considered filed on the basis of your status as an asylee.  Please submit the filing fee ($255.00 or $160.00 if under age 14) to continue processing of your case.   You may submit one check or money order for the exact amount.  **DO NOT MAIL CASH.**

Please submit your **original** Form I-94 so that a corrected I-94 reflecting your status as an asylee can be issued.

Upon receipt of the correct filing fee, your application may remain pending for as long as 4 years due to a ceiling of approved asylum adjustment applications fixed at 10,000 annually, under section 209 of the Act.  The Service will continue processing of your case as quickly as possible according to law and statute.

**PLAINTIFF'S EXHIBIT**

2

tabbies

your response must be received in this office by **August 13, 2004.** Your case is being held in this office pending your response. Within this period you may:

1. Submit all of the evidence requested;

2. Submit some or none of the evidence requested and ask for a decision based upon the record; or

3. Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record. No extension of the period allowed to submit evidence will be granted. If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request within the time allowed, your case will be considered abandoned and denied. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**

*PLEASE USE THE ENCLOSED ENVELOPE FOR MAILING THIS EVIDENCE BACK TO THIS OFFICE.*

Sincerely,

*Terry E Way*

Terry E. Way
Director
NSC/SJW326/lse123

Departure Number

**484030544 10**

27 91 1890030

Immigration and
Naturalization Service

**I-94**
**Departure Record**

_____ STATUS _____

_INDEF_

If you _____ the U.S.
you will need prior
parole from USC&IS
to return.

EMPLOYMENT AUTHORIZED

ADMITTED AT LOS ON 8/25/98
Corrected I 94 issued on 6/10/04
(BDS OFF)

14. Family Name

HOGIRI AHMED

15. First (Given) Name

ALIZAYE

17. Country of Citizenship

IRAQ

16. Birth Date (Day/Mo/Yr)

_____

£ 76 852 33 6

See Other Side            ENGLISH            **STAPLE HERE**

**PLAINTIFF'S
EXHIBIT**

tabbies

3

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-136-51051 | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>March 25, 2003 | PRIORITY DATE | APPLICANT   A76 852 336<br>DIZAYEE, HOGER A. |
| NOTICE DATE<br>November 2, 2004 | PAGE<br>1 of 1 | |

| | |
|---|---|
| HOGER A. DIZAYEE<br>12184 DRUM SALUTE PLACE<br>BRISTOW VA 20136 | Notice Type:  Transfer Notice |

This is to advise you that in order to speed processing we have transferred the above case to the following INS office for processing:

    Room 210, 4420 North Fairfax Drive, Arlington, VA 22203

    Telephone: (202) 307-1501

That office will notify you of the decision made on the application or petition.  Any further inquiries should be made to that office.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283





PLAINTIFF'S
EXHIBIT
4

Form I-797 (Rev. 11/28/03) N

Mar 11 05 05:09p    SIGMA BUILDERS INC

(703) 378-3608        p.1

# SIGMA BUILDERS INC
## 14120 PARKE LONG COURT
### SUITE 201
### CHANTILLY, VA 20151

### FACSIMILE TRANSMITTAL SHEET

| | | |
|---|---|---|
| TO: Mr. Gregory Christian | FROM: Hoger Dizayee | |
| COMPANY: USCIS | DATE: 03/11/2005 | |
| FAX NUMBER: +1 (402) 323-2594 | TOTAL NO. OF PAGES INCLUDING COVER: 8 | |
| PHONE NUMBER: | | |

CC:

BCC:

RE: I-485 Application process

☑ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

I-485 Application

Atten:

Mr. Gregory Christian

TEL: (703) 378-3606 FAX: (703) 378-3608. Website: www.sigmagroupusa.com



PLAINTIFF'S
EXHIBIT
S

| Full Name | Hoger A. Dizayee |
|-----------|------------------|
| Receipt Number | LIN-03-136-51051 |
| A Number | A76 852 336 |
| SSN | |

**Date: March 11, 2005**
**Subject: I-485 Application**

Dear Mr. Gregory W. Christian,

I am faxing you this letter to locate my I-485 application. On February 22, 2005 I made an appointment with Washington DC office that is recently moved from Arlington, VA to Fairfax, VA. Unfortunately, I don't have a copy of the appointment paper via (Infopass), but I am attaching a copy of (Inquiry Form) that the Immigration Information Officer kindly filled out for me when I met her face to face that confirming the appointment. Dear Sir, I will briefly, describe the chronological order of my application as follows:

1.  March 25, 2003 received a (Receipt of Notice) for my I-485 application as a refugee to adjust status.

2.  August 15, 2003 fingerprint completed.

3.  May 21, 2004, I received a (Request for Evidence) changing my status from refugee to asylee. All evidence submitted to satisfy the request on time.

4.  November 2, 2004, I received a Transferred Notice notifying me that my case has been transferred to the Washington DC office for processing.

5.  On February 22, 05 I made an (Infopass) appointment to check the status of the application. The Immigration Information officer wasn't able to find it and said that my file is not at the Washington DC office. She advised me to fill out the (Inquiry Form) to find my file, and furthermore she advised met to contact (Customer Service Center) for more details.

6.  March 9, 2005 I have contacted Customer Service Center and after searching for my file, the Information officer gave me your fax number to fax you this letter. Additionally, since November 2, 2004 I have contacted Customer Service Center four time to check the status of my case once every 30 days. And finally, they recommended writing you a letter to locate my file.

Currently, and after my case was changed from Refugee to Asylee, I have no idea where is my file and I don't know how long it will take to find the file in order to process it. Since the first day I entered the Untied States, and after checking the Immigration rules and regulations, I was planning to apply for I-485 as a refugee and thinking that will take shorter time to approve and to apply for citizenship, but now and after changing my status it will take me much longer time to adjust to permanent resident and wait another five

years to apply for citizenship. Kindly, I am seeking your personnel help and support to find my file first and secondly, to expedite the process of I-485 application especially after changing my status from Refugee to Asylee without doing any mistakes from my side. Currently, I have my own business that employ three American citizens, and paying my corporate and personnel taxes regularly, and the issue of permanent residence is very crucial to the success of my business, and of course to be a good US citizen is my ultimate goal at end. Your help would be highly appreciated. Many thanks.

Please find with this letter a copy of the following in order:

- Inquiry Form
- Receipt Notice
- Request for Evidence
- Transfer Notice


**Sincerely yours,**

**Hoger Dizayee**

**Home address and Telephone numbers:**

**12184 Drum Salute Place**
**Bristow, VA 20136**
**Home: (703) 392-5411**
**Office: (703) 378-3606**
**Fax: (703) 378-3608**
**Cell: (703) 296-7364**
**Email: hdizayee@comcast.net, hdizayee@sigmagroupusa.com**

Mar 11 05 05:10p    SIGMA BUILDERS INC    (703) 378-3608    p.4

# INQUIRY FORM

Please **CHECK** reason for your inquiry:

_____ Change of Address    X Case Status

**Customer Information:**

Name: Hoger A. Dizayce

Date: 02/22/2005

Phone Number: (703) 392-5411

Address: 12184 Oturn Salut Place

Bristow VA 20136-1936

Date of Birth: _____

Office where your case was filed: Nebraska Service Center

Immigration Status (must check one):
_____ Permanent Resident A# 076-852-336
_____ Visa type
_____ Other

Type of Application/Benefit applied for: I-485

Receipt #: LIN-05-136-51051

Customers please used the back of this page for your comments. DHS-USCIS please read the back of this page. Thank you

**Change of Address Information (for Change of Address Inquiries only):**

New Residence Address:

New Mailing Address:

**OLD ADDRESS:**

**IIO COMMENTS: (INS use only)**

**INQUIRY FORWARDED** _____

**OFFICER CHECK ONE** Bailey [ ] Barnard [ ] Clark[ ] Conradis[ ]David[ ]Gill[ ]Hawkins[ ]Lowe[ ]Sexton[ ]Simmons[ ]

**DATE** 2-22-05

Review for decision on I-485

revised 10/02

Mar 11 05 05:10p    SIGMA BUILDERS INC                (703) 378-3608              p.5

U.S. Department of Justice                    · Notice of Action
Immigration and Naturalization Service

| RECEIPT NUMBER | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT |
| --- | --- | --- |
| LIN-03-136-51051 | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT    A76 852 336 |
| March 24, 2003 | | DIZAYEE, HOGER A. |
| NOTICE DATE | PAGE | |
| March 25, 2003 | 1 of 1 | |

HOGER A. DIZAYEE
9573 NITTANY DRIVE APT 204
MANASSAS VA 20110

Notice Type:   Receipt Notice

Amount received: $    50.00

Section: Other basis for adjustment

The above application or petition has been received. It usually takes 450 to 480 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



Form I-797C (Rev. 09/07/93) N

Mar 11 05 05:10p    SIGMA BUILDERS INC                    (703) 378-3608            p.6



**U.S. Department of Homeland Security**
Citizenship and Immigration Services

*Nebraska Service Center*
*P.O. Box 82521*
*Lincoln, NE  68501-2521*

**May 21, 2004**
Refer To File No
LIN0313651051 A76852336

HOGER A DIZAYEE
12184 DRUM SALUTE PLACE
BRISTOW VA 20136


05/24/2004  LIN-03-136-51051  LINPMS01

Dear Sir or Madam:

Case Type:    I-485
Beneficiary:   HOGER A DIZAYEE

## REQUEST FOR EVIDENCE

## PLACE THIS LETTER ON TOP OF YOUR RESPONSE.  SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.

The documentation submitted is not sufficient to warrant favorable consideration of your petition/application. The following information is also required:

Although your Form I-94 shows that you were admitted as a refugee under section 207 of the Act, your status is actually that of an asylee under section 208. Therefore, your Application to Register Permanent Residence or Adjust Status, Form I-485, is considered filed on the basis of your status as an asylee. Please submit the filing fee ($255.00 or $160.00 if under age 14) to continue processing of your case.  You may submit one check or money order for the exact amount.  **DO NOT MAIL CASH.**

Please submit your **original** Form I-94 so that a corrected I-94 reflecting your status as an asylee can be issued.

Upon receipt of the correct filing fee, your application may remain pending for as long as 4 years due to a ceiling of approved asylum adjustment applications fixed at 10,000 annually, under section 209 of the Act.  The Service will continue processing of your case as quickly as possible according to law and statute.

. our response must be received in this office by **August 13, 2004.** Your case is being held in this office pending your response. Within this period you may:

1.    Submit all of the evidence requested;

2.    Submit some or none of the evidence requested and ask for a decision based upon the record; or

3.    Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record. No extension of the period allowed to submit evidence will be granted. If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request within the time allowed, your case will be considered abandoned and denied. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**

*PLEASE USE THE ENCLOSED ENVELOPE FOR MAILING THIS EVIDENCE BACK TO THIS OFFICE.*

Sincerely,

Terry E. Way

Terry E. Way
Director
NSC/SJW326/lse123

Mar 11 05 05:11p    SIGMA BUILDERS INC                    (703) 378-3608          p.8

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| LIN-03-136-51051 | | RESIDENT STATUS |

| RECEIPT DATE | PRIORITY DATE | APPLICANT    A76 852 336 |
|---|---|---|
| March 25, 2003 | | DIZAYEE, HOGER A. |

| NOTICE DATE | PAGE |
|---|---|
| November 2, 2004 | 1 of 1 |

HOGER A. DIZAYEE
12184 DRUM SALUTE PLACE
BRISTOW VA 20136

**Notice Type:   Transfer Notice**

This is to advise you that in order to speed processing we have transferred the above case to the following INS office for processing:

    Room 210, 4420 North Fairfax Drive, Arlington, VA 22203

    Telephone: (202) 307-1501

That office will notify you of the decision made on the application or petition.  Any further inquiries should be made to that office.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

March 11, 2005
Refer to File Number
LIN 03 136 51051
A76 852 336

HOGER A DIZAYEE
12184 DRUM SALUTE PL
BRISTOW VA 20136

Dear Sir or Madam:

This acknowledges a facsimile inquiry received March 11, 2005.

LIN 03 136 51051 was consolidated into A76 852 336. A76 852 336 was transferred to our Central Office
Washington office on November 4, 2004.

Sincerely,

Donald Neufeld
Acting Director
NSC/dhz

www.uscis.gov

PLAINTIFF'S
EXHIBIT

# INQUIRY FORM

Please CHECK reason for your inquiry:

_____ Change of Address

_____ Case Status ☒

**Customer Information:**

Name: Hogey A. DiZanee

Date:

Phone Number: (703) 392-5411

Address: 12186 Otium Salut Place

Bristow, VA 20136-1936

Date of Birth:

Office where your case was filed: Nebraska Service Center

**Immigration Status (must check one):**

_____ Permanent Resident A# 076 852 336

_____ Visa type

_____ Other

Receipt #: LIN03136 51051

Type of Application/Benefit applied for: I-485

Customers please used the back of this page for your comments. DHS-USCIS please read the back of this page. Thank you

**Change of Address Information (for Change of Address Inquiries only):**

New Residence Address:

New Mailing Address:

**OLD ADDRESS:**

**NEW ADDRESS:**

**NO COMMENTS: (INS use only)**

**OFFICER CHECK ONE** Bailey [ ] Barnett [ ] Clark [ ] Crandle [ ] David [ ] Gill [ ] Hawkins [ ] Lowe [ ] Setzer [ ] Simmons [ ]   **INQUIRY FORWARDED**

DATE  2-22-05

Re King for decision on I-485

revised 10/02

PLAINTIFF'S EXHIBIT

7



**Name:** **Hoger Ahmed Dizayee**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** WAS-05-33907          **Authentication Code:** 5cae

**Appointment Date:** **November 22, 2005**          **Appointment Time:** **8:30 AM**

**Location:** 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**

**This is your Confirmation Number:**



**If you wish to cancel this appointment, you will need the following Personal Identification Number:**

*74034*



**PLAINTIFF'S EXHIBIT**

B



**INFOPASS**
Your e-Ticket to Immigration
Information.

**Name:** **Hoger Dizayee**

**Appointment Type:** **Speak to immigration officer**

**Confirmation No.:** WAS-06-26406       **Authentication Code:** 5acf

**Appointment Date:** **September 26, 2006**       **Appointment Time:** **9:30 AM**

**Location:** 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102

### This is your Confirmation Number:



*HAS-06-26406*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *20182*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**

PLAINTIFF'S EXHIBIT
tabbies
9

**STEPTOE & JOHNSON**

ATTORNEYS AT LAW

Lynda S. Zengerle
202.429.8170
lzengerle@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

October 20, 2006

***VIA FEDEX***
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Washington District Office
2675 Prosperity Avenue
Fairfax, VA 22031

|       |                                        |
|-------|----------------------------------------|
| RE:   | **Adjustment of Status Application**   |
|       | **Applicant:**   **Hoger DIZAYEE** |
|       | **Receipt #:**   **LIN-03-136-51051** |
|       | **A #:**   **76-852-336**         |
|       | **DOB#:**   **08/26/1962**        |

Dear Sir or Madam:

We are writing on behalf of our client, Hoger Dizayee, who filed an asylum-based adjustment application with the Nebraska Service Center on **March 25, 2003**. For your ease of reference, I have enclosed the I-797 receipt notice issued in connection with this case. According to the enclosed case status report, on **November 2, 2004**, CIS transferred Mr. Dizayee's application to the Washington District Office. To-date, CIS has not issued a decision or any additional notice in connection with our client's case.

At this time, we are writing to inquire about the status of our client's case and ask whether CIS requires any additional information or documentation in order to adjudicate Mr. Dizayee's application. We would appreciate a favorable adjudication at the earliest time possible.

If you have any questions or require additional information, please contact me at (202) 429-8170 or Lisa Locke, Immigration Assistant, at (202) 429-3905. Thank you for your attention to this matter.

Sincerely,

Lynda S. Zengerle

Enclosure as stated

PLAINTIFF'S EXHIBIT
10

WASHINGTON • NEW YORK • PHOENIX • LOS ANGELES • LONDON • BRUSSELS

## THE UNITED STATES OF AMERICA

# ASC Appointment Notice

| | |
|---|---|
| **APPLICATION NUMBER** | LIN0313651051 |
| **NOTICE DATE** | 2/1/2007 |

**CASE TYPE**
I485 Application to Register Permanent Resident or Adjust Status

**SOCIAL SECURITY NUMBER**

**USCIS A#** A076852336

**CODE** 3

**TCR**

**SERVICE CENTER** NSC

**PAGE** 1 of 1

HOGER A DIZAYEE
7233 BLADEN PL
GAINESVILLE, VA 20155

Your fingerprint card on file with the U. S. Citizenship & Immigration Services (USCIS) has expired. In order for USCIS to continue processing your application, it will be necessary to have your fingerprints re-taken. This will be completed at no additional expense to you.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**

USCIS ALEXANDRIA
8850 Richmond Highway
ALEXANDRIA, VA 22309

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
02/15/2007
12:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon  ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS ALEXANDRIA, 8850 Richmond Highway, ALEXANDRIA, VA 22309

APPLICATION NUMBER
I485 - LIN0313651051

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.

If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

**PLAINTIFF'S EXHIBIT 11**

**_ocke, Lisa**

| | |
|---|---|
| **From:** | CRIS [USCIS-SRMT@dhs.gov] |
| **Sent:** | Monday, February 12, 2007 6:32 PM |
| **To:** | Locke, Lisa |
| **Subject:** | Case Status Information for Tracking Number: Dizayee I-485 |

*** DO NOT RESPOND TO THIS E-MAIL ***

The last processing action taken on your case

Receipt Number: LIN0313651051

Application Type: I485 , APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: This case is now pending at the office to which it was transferred.

The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS that was transferred to our NEBRASKA SERVICE CENTER location is now pending there. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done, counting from when USCIS received it. This case is at our NEBRASKA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

If you have questions or concerns about your application or the case status results listed above, or if you have not received a decision from USCIS within the current processing time listed*, please contact USCIS Customer Service at (800) 375-5283.

*Current processing times can be found on the USCIS website at www.uscis.gov under Case Status & Processing Dates.
*** Please do not respond to this e-mail message.


Sincerely,


The U.S. Citizenship and Immigration Services (USCIS)



PLAINTIFF'S EXHIBIT
12
tabbies

## STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

Lynda S. Zengerle
202.429.8170
lzengerle@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

July 16, 2007

**VIA FEDEX**
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Nebraska Service Center
850 S Street
P.O. Box 82521
Lincoln, Nebraska 68501

RE: **I-485, Application to Adjust to Permanent Resident Status**
**Applicant: Hoger DIZAYEE (A# 76-852-336)**

Dear Sir or Madam,

We are writing in connection with the above-referenced application for adjustment of status filed with the U.S. Citizenship and Immigration Services ("Service") by our client, Hoger Dizayee, an Iraqi national and asylee. A properly endorsed G-28 is enclosed at **Tab 1**.

On **March 25, 2003**, Mr. Dizayee filed his adjustment application with the Nebraska Service Center. For your reference, I have enclosed the I-797 receipt notice (**Tab 2**) issued in connection with this case. On May 21, 2004, the Service issued a Request for Evidence ("RFE") requesting (1) payment of the then $255 filing fee for asylum-based adjustment applicants; and (2) the original I-94 issued to Mr. Dizayee which incorrectly indicated that he was admitted to the U.S. as a refugee instead of as an asylee. Mr. Dizayee responded to this request and received a corrected I-94 from the Service on **June 1, 2004**. On **November 2, 2004**, the Service issued correspondence (**Tab 3**) confirming that it transferred Mr. Dizayee's application to the Washington District Office in Arlington, Virginia for processing. On **February 12, 2006**, the Service issued correspondence (**Tab 4**) confirming that the application was transferred to the Nebraska Service Center and is pending there.

While the Service has not explained to our client its reason for transferring the application back to the regional office after it had been transferred in 2004 to a local office, we are writing to confirm that the application will be processed according to the **original** filing date of **March 25, 2003**, and not February 12, 2006 when it was *returned* to Nebraska.

If you have any questions or require any additional information, please contact me at (202) 429-8170, or Lisa Locke, Immigration Assistant, at (202) 429-3905.

Sincerely,

Lynda S. Zengerle

Enclosures as stated

PLAINTIFF'S
EXHIBIT

13




Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
# Nebraska Service Center Processing Dates
# Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I… know what kind of services are available to me after I file my application or petition?

PLAINTIFF'S
EXHIBIT
14

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted October 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | December 27, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | 6 Months |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 14, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | May 07, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | May 07, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | July 02, 2007 |
| | | Haitian Refugee Immigrant Fairness Act | |

| I-131 | Application for Travel Document | (HRIFA) dependent applying for advance parole | January 14, 2007 |
|-------|-------------------------------|-----------------------------------------------|------------------|
| I-131 | Application for Travel Document | All other applicants for advance parole | July 02, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | January 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | January 10, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | December 04, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | October 30, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | February 06, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | November 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 19, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | November 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | November 09, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | April 15, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 09, 2007 |
| | Application to Extend/Change | Extension of Stay for F or M academic or | |

| I-539 | Nonimmigrant Status | vocational students | May 09, 2007 |
|-------|---------------------|---------------------|--------------|
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 09, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | February 28, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | September 01, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | January 03, 2007 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | July 02, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | July 27, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | January 18, 2007 |

Print This Page    Back

CV-2053
HHK

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Hoger A. Dizayee | Michael Chertoff, Secretary, U S Department of Homeland Security, Emilio Gonzalez, Director, U.S. Citizenship and Immigration Services, Robert S Mueller, III, Director, Federal Bureau of Investigation, Gerard Heinauer, Director, Nebraska Service Center, U S Citizenship and Immigration Services |

88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

88888

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Lynda Zengerle, Esquire
D.C. Bar number: 163360
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N W.
Washington, D C. 20036-1795
(202) 429-8170

Case: 1:07-cv-02053
Assigned To : Kennedy, Henry H.
Assign. Date : 11/14/2007
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

○ 3 Federal Question
(U.S. Government Not a Party)

◉ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/
Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

◉ **C. Administrative Agency
Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If
Administrative Agency is Involved)

○ **D. Temporary Restraining
Order/Preliminary
Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

---

○ **E. General Civil (Other)**        **OR**        ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if
not administrative agency
review or Privacy Act

6

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>　　(criteria: race, gender/sex,<br>　　national origin,<br>　　discrimination, disability<br>　　age, religion, retaliation)<br><br>*\*(If pro se, select this deck)\** | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>　　(if Privacy Act)<br><br><br>*\*(If pro se, select this deck)\** | ☐ 152 Recovery of Defaulted<br>　　Student Loans<br>　　(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>　　Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>　　Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>　　Employment<br>☐ 446 Americans w/Disabilities-<br>　　Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>　　Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>　　Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>　　(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding　　○ 2 Removed from State Court　　○ 3 Remanded from Appellate Court　　○ 4 Reinstated or Reopened　　○ 5 Transferred from another district (specify)　　○ 6 Multi district Litigation　　○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. § 1361, writ of mandamus; and 5 U.S.C. §§ 551, 701 et seq., Administrative Procedure Act. Failure to adjudicate an I-485 application.

**VII. REQUESTED IN COMPLAINT**　　CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23　　DEMAND $ _____　Check YES only if demanded in complaint
JURY DEMAND:　YES ☐　NO ☒

**VIII. RELATED CASE(S) IF ANY**　　(See instruction)　　YES ☐　NO ☒　If yes, please complete related case form.

DATE　November 14, 2007　　SIGNATURE OF ATTORNEY OF RECORD　*[signature]*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.　　COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence. Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.　CITIZENSHIP OF PRINCIPAL PARTIES. This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV.　CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.　CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.　RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.