UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOGER A. DIZAYEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV2053(HHK) |
| ) | |
| MICHAEL CHERTOFF, Secretary, United States ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: January 16, 2008

Respectfully submitted,

   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January 2008 I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system.

/s/
ROBIN M. MERIWEATHER, D.C. Bar # 490114