UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HOGER A. DIZAYEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV2053(HHK) |
| | ) |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due February 21, 2008. Defendants' answer currently is due January 22, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff, a citizen of Iraq present in this country as an asylee. <u>See</u> Compl. Plaintiff's complaint asks the Court to compel Defendants to complete adjudication of Plaintiff's application for adjustment of status.

Defendants wish to answer Plaintiff's Complaint expeditiously. However, to prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiff's

factual allegations, and the facts that support any defense Defendants may raise. Although the undersigned Assistant United States Attorney has made a good faith effort to complete that factual investigation and review of the record in advance of the current filing deadline, she has been unable to do so. Further, additional evidence was recently submitted by Plaintiff in response to a request for evidence concerning his application, and the contents of that submission may affect Defendants' assessment of Plaintiff's eligibility for adjustment of status, and/or Defendants' response to the allegations in Plaintiff's complaint. Accordingly, Defendants request a 30-day enlargement of time to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: January 16, 2008

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. BAR #434122
                Assistant United States Attorney

     /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January 2008 I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system.

                                                /s/
                              ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
HOGER A. DIZAYEE,                   )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Case Number: 1:07CV2053(HHK)
                                    )
MICHAEL CHERTOFF, Secretary, United States )
Department of Homeland Security, et al.,   )
                                    )
            Defendants.             )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by February 21, 2008.

SO ORDERED.

_____
United States District Judge