UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOGER A. DIZAYEE, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case Number: 1:07CV2053(HHK) <br> ) |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff et al., through undersigned counsel, hereby request that the Court grant Defendants a 7-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due March 6, 2008. Defendants' answer currently is due February 28, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion, but Plaintiff had not responded as of the time this motion was filed.

There is good cause to grant this enlargement. Counsel for Defendants has made a good faith effort to complete Defendants' Answer or responsive pleading in advance of the current deadline. However, the undersigned Assistant United States Attorney has been out of the office on sick leave February 26 through February 28, 2008, due to an unanticipated health problem. As a result, the undersigned has been unable to prepare Defendants' Answer or responsive pleading in a timely manner. This modest 7-day enlargement of the deadline for Defendants' Answer should cause no prejudice to either party.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: February 28, 2008

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Robin M. Meriweather
        ROBIN M. MERIWEATHER, D.C. Bar. # 490114
        Assistant United States Attorney
        555 Fourth St., N.W.
        Washington, D.C.  20530
        Phone: (202) 514-7198   Fax: (202) 514-8780
        Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February 2008 I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system.

/s/
ROBIN M. MERIWEATHER, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOGER A. DIZAYEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 1:07CV2053(HHK) |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, <u>et al.</u>, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by March 6, 2008.

SO ORDERED.

_____
United States District Judge