UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOGER A. DIZAYEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07cv2053 (HHK) |
| | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| United States Department of Homeland | ) |
| Security, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR A CONTINUANCE**

Plaintiff, Hoger Dizayee, through undersigned counsel, hereby requests that the Court reschedule the hearing on Defendants' Motion to Dismiss. The Court has scheduled oral argument for Tuesday, May 20, 2008. Both Plaintiff's counsel and Defendants' counsel have conflicts on that date. Accordingly, the parties respectfully request that the Court reschedule the hearing for Wednesday, May 28, 2008, or, if May 28 is infeasible, Thursday, June 19, 2008. Given the time sensitivities associate with Plaintiff's claim, Plaintiff strongly prefers to reschedule the hearing for May 28, 2008, if convenient for the Court. Pursuant to Local Rules 7(m) and 16.1(b), Plaintiff's counsel contacted Defendants' counsel to obtain Defendants' position on this motion. Defendants consent to rescheduling on the dates specified.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court GRANT Plaintiff's Motion for a Continuance.

Dated: April 21, 2008                                             Respectfully submitted,

/s/     Lynda Zengerle
Lynda Zengerle, Esquire
D.C. Bar number: 163360
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-8170
lzengerle@steptoe.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
HOGER A. DIZAYEE,                   )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Case Number: 1:07cv2053 (HHK)
                                    )
MICHAEL CHERTOFF, Secretary,        )
United States Department of Homeland)
Security, et al.,                   )
                                    )
            Defendants.             )
_____ )

**ORDER**

      Upon consideration of Plaintiff's Motion for a Continuance, it is this _____ day of _____, 2008,

      ORDERED Plaintiff's Motion for a Continuance be and hereby is GRANTED.

                                      SO ORDERED.

                                      _____
                                      UNITED STATES DISTRICT JUDGE