UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOGER A. DIZAYEE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL CHERTOFF, Secretary,<br>United States Department of Homeland<br>Security, et al.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 1:07cv2053 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

　　　The Clerk of Court will please enter the appearance of Philip L. Bednar as counsel of record for Plaintiff Hoger A. Dizayee in the above-captioned action.

Dated:  April 29, 2008             Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Philip L. Bednar
　　　　　　　　　　　　　　　　　　　Philip L. Bednar, Esquire (D.C. Bar No. 493477)
　　　　　　　　　　　　　　　　　　　STEPTOE & JOHNSON, LLP
　　　　　　　　　　　　　　　　　　　1330 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　　Telephone:  (202) 429-3000
　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 429-3902
　　　　　　　　　　　　　　　　　　　Email:  pbednar@steptoe.com

　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff Hoger A. Dizayee