UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOGER A. DIZAYEE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case Number: 1:07CV2053(HHK)<br>) |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**CONSENT MOTION TO CONTINUE MAY 28, 2008 MOTION HEARING**

Defendants, through undersigned counsel, hereby seek a continuance of the motion hearing currently calendared for May 28, 2008 at 9:45 a.m. In accordance with Local Civil Rule 7(m), counsel for Defendant contacted counsel for Plaintiff to seek Plaintiff's position on this motion. Plaintiff's counsel indicated that Plaintiff consents to the requested continuance.

Defendants seek this continuance due to an unexpected conflict caused by a dental emergency. Specifically, counsel for Defendants is experiencing severe dental pain, which has not responded to over the counter medication and will require treatment. Based upon past experience, counsel for Defendants anticipates that a root canal may be needed. Counsel for Defendants has made a good faith effort to schedule an appointment for today or Wednesday May 29, so as to avoid a conflict with the hearing. However, May 28, 2008 at 10:00 a.m. was the only date this week on which the undersigned could obtain an appointment. Counsel for Defendants regrets requesting this continuance so close to the hearing date, but feels compelled to seek immediate dental care.

In light of the foregoing circumstances, Defendants respectfully request that the Court continue the motions hearing.  June 19, 2008 and June 20, 2008 are alternate dates on which counsel for both sides will be available, should either date be convenient for the Court.  A proposed order is submitted herewith.

Dated: May 27, 2008                                             Respectfully submitted,


    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of May 2008 I caused the foregoing Motion for Continuance to be filed and served via the Court's Electronic Case Filing system.

                                            /s/
                              ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
HOGER A. DIZAYEE,                   )
                                    )
            Plaintiff,              )
                                    )
       v.                           )   Case Number: 1:07CV2053(HHK)
                                    )
MICHAEL CHERTOFF, Secretary, United States )
Department of Homeland Security, <u>et al.</u>, )
                                    )
            Defendants.             )
_____)

**ORDER**

Upon consideration of Defendants' Consent Motion for a Continuance, it is this

_____ day of _____, 2008,

ORDERED that Defendants' Consent Motion for a Continuance be and is hereby GRANTED.

It is further ORDERED that the motions hearing calendared for May 28, 2008, at 9:45 a.m. will be rescheduled for _____.

SO ORDERED.

_____
United States District Judge